```
                                    FILED
                                    OCT 19 2006
                                    RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAUN EVANS DAVIS,<br><br>    Defendant. | No. 3-06-70663 NJV<br><br>STAY OF ORDER OF RELEASE<br>(18 U.S.C. § 3145) [~~Proposed~~] |

    This matter first came on for hearing before this Court on October 19, 2006 on the government's motion for detention, pursuant to 18 U.S.C. § 3142. The defendant, Shaun Evans Davis, who is facing a federal indictment pending in the District of South Carolina, was arrested on October 3, 2006, in the Northern District of California on an arrest warrant issued in the district of South Carolina. At the October 19, 2006, detention hearing before this Court, the defendant was represented by Assistant Federal Public Defender Steven Kalar. Assistant United States Attorney Robin Harris represented the United States.

    The Court considered the report of the Pre-Trial Services Officer, the proffer made by the United States in requesting detention, and the proffer made by counsel for the

STAY OF ORDER                                            1

| | |
|---|---|
| 1 | defendant. After reviewing the entire record in this case, the Court ordered the defendant |
| 2 | released on certain terms and conditions set forth in a $250,000 appearance bond which |
| 3 | was to be secured by $8500 cash. The Court also ordered the defendant to reside at a |
| 4 | half-way house and to appear on or before November 1, 2006 before the Duty Magistrate |
| 5 | in the federal court in Beaufort, South Carolina. |
| 6 | The United States Attorney for the District of South Carolina has filed a Motion to |
| 7 | Revoke Order of Release, a copy of which is attached hereto as Exhibit 1. This Court's |
| 8 | order will be appealed to the Honorable Sol Blatt, Jr., United States District Court Judge, |
| 9 | District of South Carolina on or before October 23, 2006. Accordingly, the United States |
| 10 | has requested this Court to issue an order staying the Court's October 19, 2006 order |
| 11 | setting terms and conditions of release until the matter can be appealed to Judge Blatt in |
| 12 | South Carolina. Based upon the motion filed by the United States Attorney for the |
| 13 | District of South Carolina, this Court hereby stays its October 19, 2006 order until 5:00 |
| 14 | p.m., Pacific Standard Time on October 20, 2006 to permit Judge Blatt to consider the |
| 15 | appeal of the United States Attorney for the District of South Carolina. |
| 17 | IT IS SO ORDERED. |
| 19 | DATED: 10/19/06 |
| 20 | NANDOR J. VADAS<br>United States Magistrate Judge |

STAY OF ORDER                                         2